UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DAVID MURPHY,<br><br>             Defendant. | 2:08-CR-00139-PMP-GWF<br><br>ORDER |

As previously set forth by the Court at the hearing held on December 17, 2012 (Doc. #77), IT IS ORDERED that Defendant David Murphy shall continue on supervised release with the following modification: Defendant shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer.  Additionally, if Defendant tests positive for alcohol and/or a controlled substance or violates the conditions at the C.A.R.E. program, he will be taken into custody for a minimum custodial period of seven days.  Additionally, Defendant shall refrain from use and possession of any synthetic/designer drug or any mind and/or body altering substance.  Use or possession of any synthetic/designer drugs will result in Defendant's termination from the C.A.R.E. program.

DATED:  January 3, 2013

_____
PHILIP M. PRO
United States District Judge